No. 77–729. STOUFFER CORP., DBA STOUFFER'S CINCINNATI INN v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–744. CARVEL CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied.

No. 77–746. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–768. COOK COUNTY ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–777. MILLER v. HARRIS, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 77–779. IN RE GILLIS. C. A. 6th Cir. Certiorari denied.

No. 77–788. COLE ET AL. v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 77–791. CROSSROADS BOOKS, INC. v. TOA ENTERPRISES, INC. Sup. Ct. Va. Certiorari denied.

No. 77–793. KING ET AL. v. PUBLIC SERVICE EMPLOYEES LOCAL UNION 572, LABORERS INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–798. GULF OIL CORP. v. MADDOX. Sup. Ct. Kan. Certiorari denied.

No. 77–800. OUACHITA NATIONAL BANK IN MONROE v. ROWAN ET AL. Ct. App. La., 4th Cir. Certiorari denied.